# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida
### Tampa Division

JUL 3 2025 AM 11:34
FILED - USDC - FLMD - TPA

| | |
|---|---|
| ELIZABETH HACKER | Case No. 8:25-cv-01721-KKM-LSG |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☒ Yes  ☐ No |
| -v- | |
| SUNSHINE STATE ANESTHESIA PARTNERS, LLC, HCA PHYSICIAN SERVICES GROUP, and DOES 1-20 | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Elizabeth Hacker |
   | Street Address | 9011 Cliff Lake Lane |
   | City and County | Tampa |
   | State and Zip Code | FL 33614 |
   | Telephone Number | (727) 501-3203 |
   | E-mail Address | lizhacker79@gmail.com |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Sunshine State Anestesia Partners LLC
- Job or Title *(if known)*:
- Street Address: 1200 South Pine Island Road, Suitte 200
- City and County: Plantation
- State and Zip Code: FL 33324
- Telephone Number: (888) 276-1940
- E-mail Address *(if known)*:

Defendant No. 2
- Name: HCA Physician Services Group
- Job or Title *(if known)*:
- Street Address: 2901 W Swann Ave
- City and County: Tampa
- State and Zip Code: FL 33609
- Telephone Number: (888) 276-1940
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

        Telephone Number  
        E-mail Address *(if known)*

**C.**    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Sunshine State Anesthesia Partners LLC |
| Street Address | 2901 W Swann Ave |
| City and County | Tampa |
| State and Zip Code | FL 33609 |
| Telephone Number | (888) 276-1940 |

**II.**    **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒      Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

         *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐      Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

         *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒      Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

         *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐      Other federal law *(specify the federal law)*:

☒      Relevant state law *(specify, if known)*:  
         Florida Civil Rights Act

☐      Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
3/4/2024-3/21/2024

C. I believe that defendant(s) *(check one)*:
- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☒ gender/sex    Female
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)*
    ADHD

E. The facts of my case are as follows. Attach additional pages if needed.

See attached EEOC Charge.

I was severely harassed and assaulted by several doctors at HCA.South Tampa All of these doctors have several reports through Vigilanz, an internal computer application report system for incident reports.

The next points are actual events that occurred and I was advised to not report them because they would cause division within the anesthesia department.
Dr. Gray:

Dr Hannan case in Endoscopy. I called my attending Anesthesiologist, Dr. Gray because I needed help with an Endoscopy case and he replied, "I don't need your shit today." I had to call another anesthesia doctor into the room for help. Dr. Gomez did the case with me.

Dr. Hanan case in endoscopy. I reported to my anesthesia group that Dr. Gray picked the patient up by their hair to adjust the pillow during a colonoscopy.

Dr. Felcher shoulder case OR 2. I was in this case for over 6.5 hours. Dr Gray was my attending and refused to give me a break and told me to "fuck off" because he was buying a horse and on his phone. He told me to call someone else. Dr Chen came to give me a break at 2pm.

Dr. Joseph spine case OR 8 My Pxyis (medication dispense machine) did not have Vasopressin available. I asked the nurse to get some from the main core Pyxis for me to have available. The nurse thought it was an emergency. I specifically told the nurse it was not an emergency. The nurse called a "code blue" (patient is dying). I had no idea. My attending MD, Dr. Gray came in the room and asked me, "Why the fuck did you call a code? You have end tidal CO2. Are you stupid? I just had to run to this room." I asked the nurse why she called a code. The nurse wrote me up because she has the right to call a code if she feels the patient is in danger. I was advised and reprimanded by the CMO Vancott that any health care provider may report any patient safety issue.

Dr. Dicicco case OR 5. My Chief CRNA, Ashley Kremrich was present. I called my attending, Dr. Gray for a low ETCO2 and severe bradycardia. He came into the room, physically pushed me out of the way and grabbed the drugs from my hand. He would not listen to my report and interventions. He stated, "Why the fuck did you call me?" Ashley and I treated the patient together and got the patient.

Dr Joseph case OR 8. Ashley Chief CRNA present. Dr. Gray said "Fucking get out of here." Dr. Gray pushed 700mcg of neosynephrine for a systolic BP of 78/45. The patient's BP shot up to 280/156.

Dr Cruz case OR 2. My attending Dr. Gray insisted on a MAC anesthesia. My patient was unable to tolerate a supine position without anesthesia. My 118kg patient needed to be intubated. Dr. Gray came into the OR while on the phone, rolled the glidescope to me and yelled, "It would be nice if you knew what the fuck you are doing" infront of all staff and walked out with a saturation of 82%. I intubated the patient and continued the case.

Dr. Watkins/Rhodes case OR 3. I called my attending Dr. Gray for help with an airway. He walked into OR physically pushed me into the anesthesia machine and pulled out my LMA without consulting me on the situation. Again, he began to berate me and walked out of the OR. The patient's airway became compromised from the traumatic removal of a secure airway. Patient's airway contained too much blood for Glidescope. Dr Chen came in and we secured the airway together on a blind intubation. Again he berated me and walked out of the room.

OR 9 Spine case. Patient developed a-fib with RVR, asymptomatic. Gray insisted on a cardioversion without a TEE. I refused. Dr Gray raised his voice and physically threw my blue towel, used syringes with needles and a blade handle in my direction. Dr. Gray called me a "Bitch". I was counseled to

follow his directions. However, Arthur Doughtery had the same issue in PACU and was never counseled or reprimanded.

The most recent occurence with My attending Dr. Gray occurred in OR 8. It was written up by Daphney Torres, RN. Dr. Gray threw used needles and garbage at me and acted in a very demeaning manner. He was extremely rough with the patient and careless with his patient care.
03/14/2024*******This occurrence was the very first conversation that I discussed with my Office manager Howard Cloke at 2pm. I told Howard that I would put a report into Vigilanz the next day. I received a phone call at 530pm from Howard Cloke that I was put under administrative leave for diversion of narcotics.******* I Requested a drug test. I was refused byHCA to submit a drug test.

Dr. Atef Zakhary:

Dr. Zakhary case OR 6. I reported a Uterine artery bleed to Dr. Zakhary during a laparoscopic hysterectomy. Dr. Zakhary physically pushed my chair on wheels, put his finger in my faced and told me to "shut the fuck up". The patient was symptomatic. Patient coded on the floor and had to be admitted to ICU and received 32 units of blood products. The patient suffered acute kidney injury and further sequelae. This was reported by April Jackson ARNP. This is when the real harassment began.

Dr. Zakhary case OR 4. Dr. Zakhary verbally and physically assaulted. This was reported by several employees. This incident is very well described by 6 or more employees. Dr. Zakhary also physically and verbally assaulted me in the SPD hallway, which is on video and was reported to the chief of surgery Dr Rodriquez.
03/14/2024*******This occurrence was the second topic of conversation that was discussed with my office manager Howard Cloke at 2pm. I reported to Howard that I would put in a Vigilanz report the next day. On this day, I received a phone call at 530pm that I was put under administrative leave for diversion of narcotics. I requested to be drug tested. I was refused by HCA to submit a drug test.

Dr. Zakhary performed several uterine perforations during hysteroscopies and D&C. I reported over five occurrences. All of the occurrences went undocumented and I was instructed to not engage because it is out of my scope of practice.

Dr. Mason:

Dr. Mason case on OR 2. Dr. Mason called me "shit for brains" in front of Dr. Gomez. No actions were taken.

Dr. Mason has verbally assaulted me on 20 plus occasions in front of staff and MDAs. I was forced to work with him and counseled that I was the problem and I needed to tolerate the abuse.

I was counseled by Ashley Kreimich (chief CRNA) and Dr. Gomez (chief MDA) in OR 7 that I need to tolerate the verbal abuse and hostile environment. There are witnesses and reports for all of the events. I was encouraged to not report such events.

HCA maliciously and knowingly reported me to the DEA to divert my concerns of the verbal and physical abuse and assaults that occured.
I was refused a drug test twice, (March 14th and March 21st) which is clearly against stated HCA policy and Florida State law.
 No narcotics were overprescribed, missing, or unaccounted.
There is not one patient complaint or patient complication.
After these events... approximately one week, I was encouraged to do a handwritten waste by pharmacy Alan Cole with the pharmacy director Ezma Enik and later that was used against me.

After 3/14/2024, I was informed that I was not allowed on hospital property and not allowed to file a

report with Vigilanz. I was refused a drug screen.
I was denied access to both my chief nurse anesthetist and chief Anesthesiologist for backup and support. On 3/21/2024, I was informed that I was terminated by HCA for diversion of narcotics to the DEA and the Florida Department Of Health.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

7/1/2024

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)*   4/9/2024   .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking lost wages as a result of my termination on March 21, 2024 to the present and continuing. Defendants and my previous supervisors have caused harm to my reputation and career ooportunities. I have suffered and continue to suffer emotional distress as a result of the discriminatory and retaliatory behavior while I was employed and after the termination. I am seeking all available damages and relief under the above laws including back pay, front pay, compensatory and punitive damages, attorney fees, costs and interest.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   7/2/2025

Signature of Plaintiff   *E. Hacker*
Printed Name of Plaintiff   Elizabeth Hacker

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[X] FEPA<br>[X] EEOC | Agency(ies) Charge No(s): |
|---|---|---|

**Florida Commission On Human Relations** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Ms. Elizabeth Hacker | Home Phone (Incl. Area Code)<br>(727) 501-3203 | Date of Birth<br>04/05/1979 |
|---|---|---|

Street Address: 9011 Cliff Lake Ln, Tampa, FL 33614

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>Sunshine State Anesthesia Partners LLC | No. Employees, Members<br>15+ | Phone No. (Include Area Code)<br>(888) 276-1940 |
|---|---|---|

Street Address: 2901 W Swann Ave Tampa, FL 33609

DISCRIMINATION BASED ON (Check appropriate box(es).)
[ ] RACE [ ] COLOR [X] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[X] RETALIATION [ ] AGE [X] DISABILITY [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03/11/2024  Latest: 03/21/2024
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**Statement of Harm:** Sunshine State Anesthesia Partners LLC ("Sunshine") discriminated and retaliated against me on the basis of my sex (female) and my disability (attention deficit/hyperactivity disorder and anxiety).

Throughout my tenure, Dr. Atef Zakhari exhibited a discriminatory animus toward women for their sex. For example, I escalated concerns regarding Dr. Zakhari's treatment of female patients, but Sunshine failed to take remedial action. In fact, Dr. Diego Gomez (Chief Anesthesiologist, male) threateningly warned me to not report anything, clearly demonstrating discriminatory and retaliatory animus toward me in favor of my male superior.

Further, Dr. Zakhari also subjected me to increased scrutiny on multiple occasions. On or around March 4, 2024, Dr. Zakhari began baselessly berating me while I worked to properly ventilate a patient. Dr. Zakhari refused to permit me to correct the patient's condition, interfering with my job duties, and forcefully flung his right hand physically hitting me in the ear through the surgical drape.

Later that day, when I attempted to calmly escalate my concerns to Dr. Zakhari regarding the earlier incident, Dr. Zakhari raised his voice at me, aggressively gestured towards me with his finger, and forcefully tapped my chest. Notably, Dr. Zakhari did not subject any of my male counterparts to this treatment. As such, I escalated my concerns regarding the discriminatory harassment through the appropriate channels (VigilanZ).

**Continued on page 2**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 07/01/24       *Elizabeth Hacker (Jul 1, 2024 13:34 EDT)*<br>Date       Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | [X] FEPA<br>[X] EEOC | |
| Florida Commission On Human Relations | | and EEOC |
| State or local Agency, if any | | |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):
**Continued from page 1**

Sunshine's discriminatory harassment, which included physical violence and public humiliation, aggravated my disability causing a worsening of disability-related symptoms. Accordingly, I contacted Human Resources, my Chief Anesthesiologist, and Director and inquired about the reasonable accommodation of a brief medical leave. However, Sunshine flatly stated that all medical leave required a 30-day notice – blatantly failing to reasonably accommodate me with a brief disability-related leave or otherwise engage in the interactive process out of discriminatory and retaliatory animus.

I continued escalating my concerns; however, Sunshine failed to take remedial action in response to my protected escalations. Instead, on March 14, 2024, the District Manager placed me on a baseless administrative leave under the pretext of "narcotics diversion." This accusation was patently false and clearly out of discriminatory and retaliatory animus. Then, on March 21, 2024, Sunshine terminated me under the same pretext" in a final display of discriminatory and retaliatory animus.

This termination was clearly pretextual. First, the reason provided for my termination is patently false, as I did not divert any narcotics. Further, Sunshine's policy requires that any employee accused of diverting narcotics be subject to a drug test. However, Sunshine failed to follow its own policy and refused to administer a drug test and instead terminated me – which is further evidence of pretext. Additionally, I took responsibility for receiving a drug test on my own and passed, further demonstrating that the reason for my termination was patently false and pretextual.

Furthermore, Russel "Rusty" Reins (Post-anesthesia Care Unit Registered Nurse) was also accused of diversion; however, Sunshine did not terminate Mr. Reins for the alleged diversion – confirming Sunshine's discriminatory animus toward me for my sex and disability by subjecting me to obvious disparate treatment. Finally, the temporal proximity between my protected escalations and my sudden termination, combined with the pattern of disparate treatment, further demonstrates that Sunshine terminated me out of discriminatory and retaliatory animus.

A person with a disability is defined as:

1. A person with a physical or mental impairment that substantially limits one or more major life activities; or
2. A person with a record of such a physical or mental impairment; or
3. A person who is regarded as having such an impairment.

I qualify as a person with a disability as defined by one or more of the above.

**Statement of Discrimination:** I believe I have been discriminated against because of my sex and disability in violation of Title VII of the Civil Rights Act of 1964, Title I of the Americans with Disabilities Act of 1990, and the Florida Civil Rights Act of 1992.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 07/01/24       *E Hacker*<br>                   Elizabeth Hacker (Jul 1, 2024 13:34 EDT)<br>Date         Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Miami District Office**

Miami Tower
100 SE 2nd Street, Suite 1500
Miami, FL 33131

# DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Wednesday, April 9, 2025

**To:**  Elizabeth Hacker
c/o Zane Herman, Attorney
4890 W. Kennedy Blvd., Suite 950
Tampa, FL, 33609

**Elizabeth Hacker v. Sunshine State Anesthesia Partners, LLC.**
**EEOC Charge Number: 15D-2024-01221**

EEOC Representative and email:    Frank C. Hernandez
State, Local and Tribal Program Manager
Frank.hernandez@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the determination that substantial weight has been accorded to the findings of the state or local fair employment practices agency that investigated your charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) received this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

**Please retain this notice for your records.**

On Behalf of the Commission:

Digitally Signed By: Evangeline Hawthorne
04/09/2025
Evangeline Hawthorne
Director

cc: Sunshine State Anesthesia Partners LLC
c/o Wendy Almorales-Fernandez
1200 South Pine Island Road, Suite 200
Plantation, Florida 33324

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) received the document. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE

To request a copy of your charge file, contact the Fair Employment Practices Agency that investigated your charge.